COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-084-CV

DENAR, LLC A/K/A DENARE, LLC      APPELLANTS

AND GUILLERMO PERALES 

V.

DENNY'S, INC. APPELLEE

----------

FROM COUNTY COURT 
AT LAW NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Agreed Motion To Vacate Judgment And Dismiss With Prejudice.”  It is the court’s opinion that the motion should be granted.  Accordingly, without regard to the merits, we vacate the trial court’s judgment and dismiss the case with prejudice.
  See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2)(B), 43.2(e).

Costs shall be taxed against the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  August 17, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.